```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF RHODE ISLAND
_____
                                   )
KAREN TREMBLAY, et al.,            )
                                   )
        Plaintiffs,                )
                                   )
    v.                             )    C.A. No. 14-542 S
                                   )
AMERIPRISE FINANCIAL SERVICES,     )
INC.,                              )
                                   )
        Defendant.                 )
_____)
```

**ORDER**

WILLIAM E. SMITH, Chief Judge.

Magistrate Judge Patricia A. Sullivan filed a Report and Recommendation ("R&R") on April 5, 2017 (ECF No. 26) recommending that the Court grant Defendant's Motion to Enforce Settlement (ECF No. 25). Neither party has filed an objection to the R&R. After carefully reviewing Defendant's Motion and the R&R, this Court ACCEPTS the R&R in its entirety and adopts the reasoning set forth therein. The Court deems Plaintiff Stephen Mowry's signature on the settlement agreement to be duly acknowledged, directs Defendant to pay the settlement sum in accordance with the terms of the settlement agreement, and orders that the case shall be dismissed with prejudice. No attorney's fees shall be awarded.

Defendant's Motion is, therefore, GRANTED IN PART.

IT IS SO ORDERED.

/s/ William E. Smith
William E. Smith
Chief Judge
Date: August 1, 2017